05-15-01512-CV

FILED
12/9/2015 4:20:45 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-13-05584-A

| | | |
|---|---|---|
| JUSTINE INGELS | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | AT LAW NUMBER 1 |
| | § | |
| | § | |
| DIANE R. EARNEST | § | |
| Defendant, | § | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/10/2015 12:48:22 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

Ted B. Lyon, III desires to appeal the final judgment the Court signed on September 14, 2015 (Hon. D'Metria Benson, presiding) as well as any amended, modified, corrected or reformed final judgment the Court may later sign. Tex. R. App. P. 25.1(a), 27.3. The party appealing is Justine Ingels. This appeal is taken to the Fifth Court of Appeals. Tex. R. App. P. 25.1(d).

(The required court of appeals docketing statement will be filed once the district clerk's office has sent a copy of this notice to — and it is filed with — the appropriate court of appeals. Tex. R. App. P. 25.1(f), 32.1.)

Respectfully submitted,

**TED B. LYON & ASSOCIATES, P.C.**

 */s/ Richard Mann*

**Ted B. Lyon**
tblyon@tedlyon.com
State Bar No. 12741500
**Richard Mann**
rmann@tedlyon.com
State Bar No. 24079640
18601 LBJ Freeway, Suite 525
Mesquite, Texas 75150
Telephone: (972) 279-6571
Facsimile: (972) 279-3021
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing document was duly served pursuant to the Texas Rules of Civil Procedure via certified mail return receipt requested, and/or facsimile, and/or email, and/or E-Service on the following counsel of record on this   10th   day of December, 2015.

**<u>Via E-Service</u>**
**<u>Via Facsimile: (214) 760-1670</u>**
Carlos Balido
Ashley G. Whatley
WALTERS BALIDO & CRAIN
Meadow Park Tower
Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
**ATTORNEY FOR DEFENDANT**

    */s/ Richard Mann*
    RICHARD MANN